## IVEY & SONS V. GRIFFIN & SONS CO.

*Attachment.*

(Decided April 4, 1907.)

APPEAL from Monroe Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

BAYLES & HYBART, for appellant.

E. S. HIGGINS, and STEVENS & LYONS, for appellee.

Per Curiam.—Appeal dismissed.